AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of North Dakota

| | | |
|---|---|---|
| United States of America<br>v.<br>Brian Michael Burks<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 1:24-cr-201 |

REC'D USMS-D/ND
2024 NOV 20 16:09

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Brian Michael Burks,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Sexual Exploitation of a Child (10 counts)
Travel with Intent to Engage in Unlawful Sexual Activity with a Minor (6 counts)
Forfeiture Allegation

Date:   11/20/2024

/s/Sarah Lien
*Issuing officer's signature*

City and state:   Fargo, ND

Sarah Lien, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 11/20/24, and the person was arrested on *(date)* 04/07/25
at *(city and state)* Elk River MN

Date: 4/24/25

Dan Walker   on behalf of FBI
*Arresting officer's signature*

Dan Walkewicz, DUSM
*Printed name and title*